UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| Etukudor Williams <br>            Plaintiff, <br><br> v. <br><br> United States of America, et al <br>            Defendant. | No. 1:23-cv-00347-MSM-LDA |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Text Order of 9/12/2023

                                                                              Enter:

                                                                              /s/ Carrie L. Potter
                                                                              Deputy Clerk

Dated: 9/12/2023